JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID SALJOOQUE, an individual,<br><br>    Plaintiff, Respondent, and Cross-Defendant<br><br>    v.<br><br>TATITLEK SUPPORT SERVICES, INC., an Alaskan Corporation,<br><br>    Defendant, Appellant, and Cross-Claimant. | Case No. 2:15-cv-07863-SVW-JPR<br><br>**ORDER RE DISMISSAL WITH PREJUDICE AND BOND EXONERATION FOLLOWING SETTLEMENT** |

| | |
|---|---|
| 1 | The Court has been advised that the Plaintiff and Defendant in this action have |
| 2 | settled all disputes between them. |
| 3 | Based on the foregoing, and the parties' stipulation, and finding good cause |
| 4 | therefor, the Court hereby finds that the above-captioned action has been resolved, and |
| 5 | ORDERS that the above-captioned action is hereby DISMISSED WITH PREJUDICE |
| 6 | and any bond posted in connection with the above-captioned action is hereby exonerated. |
| 8 | IT IS HEREBY ORDERED. |

Dated: April 28, 2017

*[signature: Stephen V. Wilson]*

Honorable Stephen V. Wilson